Acknowledged.

This action is hereby dismissed with prejudice.

Date: 3/1/2023

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, <br> an individual, <br><br> Plaintiff, <br> vs. <br><br> 5201 EAST THOMPSON LLC, <br> an Indiana Limited Liability Company, <br><br> Defendant. | ) <br> ) <br> ) CASE NO.: 1:22-cv-01567-SEB-TAB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss Defendant of all counts and claims asserted in this matter with prejudice and, except as agreed between the parties, each party to bear their own attorney's fees, costs, and expenses.

Dated: February 21, 2023

*/s/ Louis I. Mussman*
Louis I. Mussman, Esq.
Bar No. 597155
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
Louis@KuMussman.com

 and

Eric C. Bohnet, Esq.
Attorney No. 24761-84
Attorney at Law
6617 Southern Cross Drive

*/s/ Christopher C. Hagenow*
Christopher C. Hagenow, Esq.
Bar No. 16730-49
Tuohy Bailey & Moore LLP
50 South Meridian Street, Suite 700
Indianapolis, Indiana 46204-3542
Telephone: 317.638.2400
Facsimile: 317.633.6618
chagenow@tbmattorneys.com
*Attorneys for Defendant*

1

Indianapolis, Indiana 46237
Tel: (317) 750-8503
ebohnet@gmail.com
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2023, a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to:

Christopher C. Hagenow, Esq.
Tuohy Bailey & Moore LLP
50 South Meridian Street, Suite 700
Indianapolis, Indiana 46204-3542
chagenow@tbmattorneys.com

                By:   *Louis I. Mussman*
                         Louis I. Mussman, Esq.